# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00831-CR

**Paula L. Lewis, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT OF SAN SABA COUNTY
### NO. 7,101, HONORABLE BYRON THEODOSIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's motion to withdraw notice of appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Appellant's Motion

Filed: October 6, 2006

Do Not Publish